# Jeffrey A. Bunda

| | |
|---|---|
| **From:** | Charles Anderson <charles@charlesandersonlaw.com> |
| **Sent:** | Friday, April 8, 2022 9:37 AM |
| **To:** | Jean Furr |
| **Cc:** | Jeffrey A. Bunda; Adam deNobriga |
| **Subject:** | Re: Sealy vs. US Bank NA, et al. |

> **CAUTION:** This is an external email from: **"Charles Anderson" <charles@charlesandersonlaw.com>** - Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jean, my apologies but I'm going to have to ask for a continuance of our mediation. I caught the flu Tuesday (actually diagnosed) and have been out ever since. I'm not sure whether I'll be back on Monday. Additionally, Mr. Sealy had a massive heart attack on March 11 and got out of ICU 2 1/2 weeks ago and is still recovering/rehabbing. I'm not asking for a long continuance but I just need a week or two if Mr. deNobriga (and Mr. Bunda) has any availability. Please let me know. I'm sorry for the late notice but I was in no condition to even send e-mails until this morning. I will contact Mr. Bunda separately but wanted to get this e-mail out as soon as possible.

Charles Anderson

On Mon, Apr 4, 2022 at 3:02 PM Jean Furr <jean@jdlawcarolinas.com> wrote:

> Good afternoon, Gentlemen. Attached please find our confirmation letter regarding mediation of the above-referenced matter. The Zoom link will go out on Monday, April 11th. If you would like any clients/client representatives included in the Zoom link email, please send me their email addresses prior to April 11th. Please let us know if you have any questions. Thank you.
>
> 
>
> Jean L. Furr
> Legal Assistant
> James deNobriga, PLLC
> 1712 Euclid Avenue
> Charlotte, NC  28203
> 704-755-9463
> jean@jdlawcarolinas.com

--
Charles Anderson, Jr.
*Attorney at Law*

The Law Office of Charles Anderson, Jr., pllc
601 East 5th Street, Suite 100
Charlotte, North Carolina 28202
t 704-926-7551
f 704-332-1566
[www.CharlesAndersonLaw.com](www.CharlesAndersonLaw.com)

**CONFIDENTIALITY NOTICE**: This message and any attachments from the Law Office of Charles Anderson, Jr., PLLC may contain confidential and legally protected information intended solely for the use of the addressee.  If you are not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender by replying to this message and then deleting this message and all copies and backups of the same. Thank you.

**IRS CIRCULAR 230 NOTICE:** To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).