

Jean L. Furr
James deNobriga, PLLC
1712 Euclid Avenue
Charlotte, NC 28203
jean@jdlawcarolinas.com
704.755.9463

April 8, 2022

<u>*Via Email*</u>

Charles Anderson, Jr., Esq.　　　　　　　　　　　Jeffrey A. Bunda, Esq.
The Law Office of Charles Anderson Jr.　　　　　Hutchens Law Firm LLP
charles@charlesandersonlaw.com　　　　　　　jeff.bunda@hutchenslawfirm.com

　　　Re:　**Michael L. Sealy and Shelley Sealy vs. U.S. Bank National Association, et al.
　　　　　U.S. District Court, Western District Case No. 3:20-cv-00431-DSC**

Dear Counselors:

　　This letter confirms the Mediated Settlement Conference in the above-captioned matter has been scheduled for **Friday, May 6, 2022, beginning at 10:00 a.m. via Zoom Video Conference.** Adam's mediation fee is $350.00 per hour plus a one-time administrative fee of $125.00 per party. This fee shall be shared equally by the parties unless otherwise agreed upon. If the mediation is cancelled 7 days or less prior to the scheduled mediation, there will be a cancellation fee of $125.00 per party.

　　Rule 7 of the Rules Governing Mediated Settlement Conferences in Superior Court Civil Actions requires that payment of the mediator's fee shall be due upon completion of the mediated settlement conference. As a courtesy to the attorneys and the parties, we will send an invoice for fees following the completion of the mediation. Our expectation is that the attorneys will be responsible for payment of the invoice. If you anticipate that this will be a problem, please make arrangements with your respective clients to have them pay the fee at the conclusion of the conference.

　　Thank you for allowing us to help with this matter. We look forward to working with you and the parties in reaching a resolution. Please feel free to contact me if you have any questions.

　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　JAMES deNOBRIGA, PLLC

　　　　　　　　　　　　　　　　　　　　　　　*Jean L. Furr*

　　　　　　　　　　　　　　　　　　　　　　　Jean L. Furr
　　　　　　　　　　　　　　　　　　　　　　　Legal Assistant