IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MICHAEL L. SEALY *et al.*, <br><br> Plaintiffs, <br><br> V. <br><br> U.S. BANK, NATIONAL ASSOCIATION *et al.*, <br><br> Defendants. | **ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> CASE NO. 3:20-cv-00431-DSC |

THIS CAUSE, coming on to be heard before the Honorable David S. Cayer, United States Magistrate Judge, upon the Consent Motion of the parties to dismiss this action with prejudice, providing full and final resolution to this case.

AND WHEREAS, it appearing to the Court that on May 11, 2022, the mediator reported this case settled on all issues and that the parties have finalized the settlement paperwork and have agreed and consented to the entry of this Order along the following terms.

NOW THEREFORE, based on the foregoing and the consent of the parties, it is hereby ORDERED, ADJUDGED and DECREED as follows:

A. ) The remaining cause of action contained in the Plaintiff's Complaint is dismissed **WITH PREJUDICE;**

B. ) That the Union County Clerk of Superior Court shall disburse the funds held in connection with Union County 16 CVS 474 to the Foreclosing Defendants,

c/o their counsel, Jeffrey A. Bunda, Esq. of the Hutchens Law Firm, 6230 Fairview Road., Suite 315, Charlotte, North Carolina 28210;

C. ) That the Union County Clerk of Superior Court shall disburse the funds held in connection with Union County 20 CVS 1375 to the Plaintiffs at their property address, 2901 Blythe Road, Waxhaw, North Carolina; and

D. ) That with all matters in controversy resolved, the Clerk for the United States District Court for the Western District of North Carolina is hereby directed to terminate this case.

**SO ORDERED**.

Signed: September 29, 2022

David S. Cayer
United States Magistrate Judge