# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Shelley Sealy<br>Michael L. Sealy**,** | ) <br>**)**<br>) | JUDGMENT IN CASE |
| Plaintiff(s), | ) | 3:20-cv-00431-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| U.S. Bank National Association<br>Fay Servicing, LLC<br>Truman 2016 SC6 Title Trust<br>Rushmore Loan Management<br>Services, LLC**,** | )<br>)<br>)<br>)<br>) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2022 Order.

September 29, 2022

Frank G. Johns, Clerk
United States District Court